No. 135. REGISTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Charles Fuller Blanchard* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 139. DELAWARE SPORTS SERVICE v. DIAMOND STATE TELEPHONE CO. ET AL. C. A. 3d Cir. Certiorari denied. *Arthur B. Hanson* and *Henry A. Wise, Jr.,* for petitioner. *William S. Potter* for Diamond State Telephone Co., and *Ruth M. Ferrell,* Deputy Attorney General, for the State of Delaware, respondents.

No. 140. TASTEE FREEZ INDUSTRIES, INC. v. KING-SEELEY THERMOS CO. C. A. 7th Cir. Certiorari denied. *Morris Spector* and *Samuel Lebowitz* for petitioner. *Cyrus G. Minkler* for respondent.

No. 141. CLARK ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Edward C. Park* and *Philip M. Cronin* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States.

No. 142. COLONIAL REALTY CORP. v. BACHE & CO. C. A. 2d Cir. Certiorari denied. *Spencer Pinkham* for petitioner. *Marvin Schwartz* for respondent.

No. 144. THOMPSON v. MINNESOTA. Sup. Ct. Minn. Certiorari denied. *F. Lee Bailey* for petitioner. *Robert W. Mattson,* Attorney General of Minnesota, and *William B. Randall* for respondent.